**SAO**
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 11077
STEVEN L. FOREMASTER
Nevada Bar No. 10350
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Steven.Foremaster@lewisbrisbois.com
*Attorneys for Defendants Zachary Keaton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL JUAREZ, Individually<br><br>      Plaintiff,<br><br>vs.<br><br>ZACHARY KEATON, Individually DOES I-X; and ROE CORPORATIONS I-X;<br><br>      Defendants. | CASE NO.: 2:22-cv-00481-GMN-BNW<br><br>**STIPULATION AND ORDER TO REMAND ACTION TO THE EIGHT JUDICIAL DISTRICT COURT OF NEVADA** |

      Defendant, ZACHARY KEATON, by and through his attorneys, Matthew A. Cavanaugh, Esq. and Steven L. Foremaster, Esq., of Lewis Brisbois Bisgaard Smith, Plaintiff DANIEL JUAREZ, by and through his counsel, Eric Willoughby, Esq., of Willoughby Shulman Injury Lawyers, hereby stipulate and respectfully request that the Court Remand this action to the Eight Judicial District Court in Clark County, Nevada. Specifically, the parties stipulate as follows:

    1.  On December 10, 2021, Plaintiff Daniel Juarez ("Plaintiff") commenced an action in the Eighth Judicial District Court, Clark County, State of Nevada, entitled *Daniel Juarez v. Zachary Keaton et al.*, Case No. A-21-845254-C.

    2.  Defendant removed this matter to the U.S. District Court of Nevada on March 17, 2022.

    3.  On March 17, 2022, Defendant filed his Answer to Plaintiff's Complaint in the Eighth Judicial District Court, Clark County, State of Nevada.

    4.  The parties agree and hereby stipulate that by agreeing herein to remand back to State Court,

4861-3398-3002.1

that Defendant does not waive any right to remove this case back to federal court, if in the future, events occur which cause this case to be appropriate for removal.

    5. Consequently, Plaintiff and Defendant respectfully request that the Court enter the order remanding this action to the Eighth Judicial District Court.

DATED this 15th day of April, 2022.                DATED this 15th day of April, 2022.

LEWIS BRISBOIS BISGAARD & SMITH      WILLOUGHBY SHULMAN

/s/ Steven L. Foremaster                           /s/ Eric Willoughby
_____                        _____
MATTHEW A. CAVANAUGH, ESQ.                         ERIC WILLOUGHBY, ESQ.
Nevada Bar No. 11077                               Nevada Bar No. 10277
STEVEN L. FOREMASTER, ESQ.                         3110 S. Rainbow Blvd., Ste. 105
Nevada Bar No. 10350                               Las Vegas, Nevada 89146
6385 S. Rainbow Boulevard, Suite 600               *Attorneys for Plaintiff*
Las Vegas, Nevada 89118                            *Daniel Juarez*
*Attorneys for Defendant*
*Zachary Keaton*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __15__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Steven L. Foremaster
_____
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 11077
STEVEN L. FOREMASTER
Nevada Bar No. 10350
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Zachary Keaton*